**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

IN RE:  Elsie Louise Parga                                          CASE NO.: 18-22708

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| NewRez LLC d/b/a<br>Shellpoint Mortgage Servicing<br>Name of Transferee | Ditech Financial LLC<br>Name of Transferor |

Name and Address where notices to transferee should be sent:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

Court Claim # (if known): 13-2
Amount of Claim: $35,551.22
Date Claim Filed: 10/22/2019

Phone: 800-365-7107
Last Four Digits of Acct #: 3866

Phone: (888) 298-7785
Last Four Digits of Acct #: 2703

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Cristina DiGiannantonio                              Date: December 15, 2019
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 16, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following parties:

**Elsie Louise Parga**
4520 Cedar Ave
Hammond, IN 46327

And via electronic mail to:

**Lavita R. Ball**
Law Offices of Peter Francis Geraci, JD
55 E. Monroe St., Ste 3400
Chicago, IL 60603

**Paul R. Chael**
401 West 84th Drive
Suite C
Merrillville, IN 46410

*U.S. Trustee*
**Nancy J. Gargula**
100 East Wayne Street, 5th Floor
South Bend, IN 46601-2349

                                        RAS CRANE LLC
                                        Authorized Agent for Secured Creditor
                                        10700 Abbott's Bridge Road, Suite 170
                                        Duluth, GA 30097
                                        Telephone: 470-321-7112
                                        Facsimile: 404-393-1425

                                        By: /s/ Matthew Jones
                                        Email: mjones@rascrane.com